(Name) MANUEL TAMAYO TORRES JR.

(Address) PO BOX 1050

(City, State, Zip) SOLEDAD CA, 93960

(CDC Inmate No.) V12118

2254 ___ 1983 ✓

FILING FEE PAID
Yes ___ No ✓

IFP MOTION FILED
Yes ✓ No ___

COPIES SENT TO
Court ✓ Prose ___

**FILED**
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# United States District Court
## Southern District of California

MANUEL TAMAYO TORRES JR.,
(Enter full name of plaintiff in this action.)

                                    Plaintiff,

v.

(CDW) MIKE EVANS,
(Enter full name of each defendant in this action.)

                                    Defendant(s).

Civil Case No. '08 CV 0807 BTM POR
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Plaintiff, MANUEL TAMAYO
(print Plaintiff's name)
TORRES JR., who presently resides at SALINAS VALLEY STATE PRISON
(mailing address or place of confinement)
PO BOX 1050 SOLEDAD CA, 93960, were violated by the actions
of the below named individuals. The actions were directed against Plaintiff at Via Centinela,
LANCASTER, CCI TEHACHAPI, S.V.S.P. on (dates) 3/05:3/07  7/06 4/07 and 1/08 11/08 - 7/04
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3) 9/07

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)
17 DEFENDANTS

§ 1983 SD Form
(Rev. 5/98)
::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **MR. T. RHODES** (name) resides in **LAC. LANCASTER** (County of residence), and is employed as a **COUNSELOR** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: BREAKING THE RIGHT OF AN INMATE TO AFFILIATION TO MY OWN PEOPLE. FALSIFYING MY C-FILE AND RECORD, HOLDING ME TO THE MEXICAN RACE, PUTTING MY LIFE IN DANGER AND STEALING MY BIRTH CERTIFICATE AFTER MAILED IN FOR CHANGE OF ETHNICITY. CONSPIRACY AND CORRUPTION. DUE TO LAST NAME.

Defendant **MR. V. POWERS** (name) resides in **LAC. LANCASTER** (County of residence), and is employed as a **CCII RECORDER** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: CONSPIRACY AND CORRUPTION OF FALSIFYING MY RECORD UNDER § 3021, UNDER TITLE 15. IDENTITY, HATE CRIME DUE TO MY LAST NAME TORRES. ABSTRUCTION OF JUSTICE DUE TO HATE OF A EUROPEAN LAST NAME FROM SPAIN. SAYING ITS A SUR LAST NAME. CRUEL AND UNUSUAL PUNISHMENT, FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION

Defendant **MR. ROSE** (name) resides in **CCI TEHACHAPI** (County of residence), and is employed as a **COUNSELOR** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FALSIFYING MY IDENTITY WITH CONSPIRACY DUE TO LAST NAME. CORRUPTION OF HATE, ABSTRUCTING JUSTICE SAYING I WOULD NOT CELL WHITE. HATE TO ME SPEAKING SPANISH, CRUEL AND UNUSUAL PUNISHMENT. FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION

Defendant **MR. PARTIDA** (name) resides in **SALINAS V.S.P. SOLEDAD** (County of residence), and is employed as a **COUNSELOR** (defendant's position/title (if any)). This defendant is sued in his/her ☒ individual ☒ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: FALSIFYING MY RECORD OF BEING WHITE HOLDING ME TO MEXICAN CAUSE I SPEAK SPANISH, CONSPIRACY OF HATE MY LAST NAME, CORRUPTION, BEING AFFILIATED WITH CDC ON SCAM. VERBAL UNDERSTANDING MY LICENSE SAYS HISPANIC MEANING LATIN AMERICAN OR PORTO RICAN WITCH IS "OTHER" BUT WILL NOT CHANGE ME TO OTHER, I'M WHITE. CRUEL AND UNUSUAL PUNISHMENT, FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION

VZ818
PO BOX 1050
SOLEDAD CA, 93960

4/6/08

Due to falsification of RECORDS.

(3)

Due to my falsification of ethnicity by CDC counselors me Manuel Tamayo Torres Jr. CDC#VZ8118, have lost one years time due to opportunity of racial conflicts. I'm a Caucasian white male, this Habeas Corpus Petition is being filed under § 3021 Falsification of Records and Documents, under title 15 Rules and Regulations this must be corrected, I've been under extreme pain since February 13, 2005. All counselors have now rejected me due to my last name Torres, they have made many racial comments because of my last name herein this Habeas Corpus Petition is filed, a lawsuit is filed, this is the only way of doing and settling argument.

Under § 3025, Article 1.5 D.N. and forensic identification states CDC identifies you by the department of Justice DNA. and forensic identification database and data bank program. So, All counselors herein know I'm Caucasian white, my mother has called almost every morning to identify her son being me they do the very same thing ignore my mother. Upon receiving this letter the court should have my DNA. my blood specimens and or biological samples if needed swapped up. Knowingly tampering with my identification of a person is a crime it is a hate crime. My uncle works for CDC Donovan Reception Center San Diego, this is intentional selection. Named so-called uncle is Wayne Holman so we all know what this is. 5 days are given by court to take care situation!

I've been having cruel treatment CDC has refused to let me enter the law library for legal research they've refused to let me enter the law library to get legal copies of court papers. So as you read, with the conspiracy everyone knows CDC has everything to lose.

Living a false life with a false name has caused much pain. You'd have to know the story, all the harassment I get by Mexican people and yet you tell them and they don't understand. They want to bother you due to your last name such as Torres. To the conclusion of all I'm changing my name I'm keeping my grandpa's name "John" and my last name will be changed from Torres to Torry so you get "John Torry". No longer will my name conclude to Manuel Tamayo Torres Jr. on my birthcertificate under father "Manuel Tamayo" will be removed, my name will be changed from Manuel Tamayo Torres Jr. to "John Torry" Le Porowsky. I win, on that my birthcertificate read "John Torry Le Porowsky" and my certificate say under ethnicity "Caucasian white". I've lived a false life for 25 years and it felt wrong, the life, the family everything. I think for myself now and this feels very right. Herman Isse Le Porowsky is my mother's husband Bertha Torres, something could finally be right.

The list of people, counselors involved with the most hate in them. Counselors of Via Centinela Imperial Valley Ca, 92251 only names remembered Ms. Nichols D-yard 1 block. Counselor Ms. Robles D-yard 3 block, the counselor's on C-yard spoke to me asked for a birthcertificate, on A-yard the counselor on or in 2 block didn't even want to talk to me. Lancaster Ca, 93539 one counselor Mr. Rhodes working A-yard 5 block, he lied to me he told me mail your birthcertificate over and I'll change your ethnicity to white, he never did that someone called I.N.S. they came to Lancaster note to talk. Just to cover themselves Mr. Rhodes gave me some white chrono but they keep me down as a Mexican that's only more problems for myself and the counselors know it. The counselors put me out on a Mexican yard in the hole, I was assaulted and it was caught on camera. California Correctional Institution Tehachapi Ca, 93581 Counselor Ms. Rose told me many racial things due to my last name Torres, counselor Mr. Carey was very involved as well. I've been trying to go down as white since February 13, 2005. I was told something new about prison stick to your color. Mr. Partida of Salinas Valley should be served as we CDW. Mike Evans

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION, CRUEL AND UNUSUAL PUNISHMENT   (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.] LAC. ON 7/9/06, I WAS REJECTED FROM MY OWN RIGHT MY BIRTH RIGHT OF BEING WHITE BY COUNSELOR MR. T. RHODES OF LANDCASTER. I WAS TOLD TO HAVE MY BIRTHCERTIFICATE MAILED IN TO HAVE MY ETHNICITY CHANGED FROM MEXICAN TO WHITE DUE TO RACIAL PROBLEMS WITH MEXICANS. I WAS ATTACKED IN THE HOLE BY MEXICANS ITS ON CAMERA AS. I TOLD THEM THEY STILL THREW ME OUT THERE WITH THE MEXICANS. MR. RHODES LIED TO ME HE ONLY GAVE ME A WHITE CHRONO THAT WILL GIVE ME EVEN MORE PROBLEMS WITH MEXICANS MY HOLE FILE NEEDS TO SAY WHITE PERIOD. I WROTE THE COURT IM REQUESTING THAT I BE IDENTIFIED BY BLOOD UNDER §3025. ARTICLE 1.5 D.N.A. AND FORENSIC IDENTIFICATION STATES CDC IDENTIFIES YOU BY THE DEPARTMENT OF JUSTICE D.N.A. AND FORENSIC IDENTIFICATION DATA BASE AND DATA BANK PROGRAM. UPON RECIEVING MY CIVIL SUIT THE COURT GOTS A COUPLE OF DAYS TO COLLECT MY D.N.A. MY BLOOD SPECIMENS AND OR BIOLOGICAL SAMPLES IF NEEDED. MY BIRTHCERTIFICATE ONLY STATES MY NAME MANUEL TAMAYO TORRES JR. MOTHER AND FATHER THEIR PLACE OF BIRTH, UNDER ETHNICITY ITS BLANK WITH FOUR LINES ETHNICITY ---- NO COLOR OR RACE I NEED THAT CORRECTED TO WHITE OVER WHITE, I'D ALSO ASK FOR A NAME CHANGE TO "JOHN TORRY" THE NAME MANUEL TAMAYO IS NOT MINE THE FATHER TITLE SHOULD BE CORRECTED IM BEING HELD TO MEXICAN IM CAUCASIAN WHITE. SOMEONE OF LANDCASTER STOLE MY BIRTHCERTIFICATE AND CALLED I.N.S. ON ME I SHOWED A COPY OF CERTIFICATE. HOLE NAME CHANGE TO (JOHN TORRY OCEANS).

MR. V. POWERS OF LANDCASTER HELD ME TO MEXICAN AS WELL DUE TO MY LAST SURNAME TORRES THEY SAY I WOULDNT BE CHANGED TO WHITE THE BIG CONSPIRACY. I DID ALL ASKED OF ME WITHOUT QUESTION I GET LIED TO AS OF RESULT OF FOLLOWING INSTRUCTIONS. EVERYONE HAD SOMETHING TO SAY ABOUT MY LAST NAME ITS EUROPEAN FROM SPAIN. NOT MEXICO MR. POWERS IS POSSIBLE SUSPECT OF STOLEN BIRTHCERTIFICATE THEY COULD STEAL MY IDENTITY AND LIFE, COPIES WHERE PROBABLY MADE.

ON 1/07, I WAS TRANSFERRED TO CCI TEHACHAPI THE SUBJECT STATED THAT I WOULD NEVER CELL WHITE THIS COUNSELOR MR. ROSE. INTENTIONAL SELECTION IS BEING MADE WITH THE HATE CRIME. MR. ROSE ASKED WHY MY LAST NAME WAS TORRES WITH LOTS OF LAUGHTER IN HER VOICE, IM BEING FORCED TO CELL WITH MEXICANS I'VE LOST 11 MONTHS ON PROTECTING MYSELF MY FILE AND RECORD MUST BE CHANGED TO WHITE PEOPLE GOT OPPORTUNITY TO ME AND THE BLACKS AND MEXICANS TAKE IT.

ON 11/07 I ARRIVED AT SALINA V.S.P. I TOLD THEM I WAS WHITE THEY REFUSED TO COMPLY WITH MY RIGHT OF A PERSON. COUNSELOR MR. PARTIDA REFUSES TO MAKE THE CHANGE FROM MEXICAN TO WHITE WE CAME TO THE VERBAL UNDERSTANDING THAT I SHOULD BE "OTHER" BUT ONLY FOR THE MEANTIME TILL THIS SHE REFUSED SAYING SHE'S KEEPING ME TO MEXICAN SHE GETS SERVED EVERYDAY ANYWAYS. IF IM NOT CHANGED TO A.S.A.P. TO WHITE WITH SAMPLES SOMETHING WOULD BE VERY WRONG.

Count 2: The following civil right has been violated: FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION, CRUEL AND UNUSUAL PUNISHMENT (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 2.] MY RIGHT SIDE OF MY RIB CAGE WAS X-RAYED OVER AT CCI TEHACHAPI THEY WERE COMPLETLY BLURRY TO THIS DAY I GET A CRUEL SHARP PAIN ON THAT VERY SIDE. THESE COUNSELORS GET ME OFF THE YARD EVERY GIVEN CHANCE COUNSELOR MR. ROSE ALONG WITH COORDINATOR OF APPEALS GOT ME OFF THE YARD AFTER THREATNING ME OVER PHONE, IF I APPEALED MY ETHNICITY ONE MORE TIME I WAS GOING TO THE HOLE I STILL WENT, MR. K. SAMPSON CALIFORNIA COR. INS. 3/13/07.

THE PAROLE DEPARTMENT OR OFFICER WAS PLAYING A ROLL IN THIS I WAS TOLD (CDC) OF SACRAMENTO, THE PAROLE OFFICER DETERMINES WHAT COLOR I AM IN HERE, ADSERD!

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

§ 1983 SD Form
(Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☒ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: MANUEL TAMAYO TORRES JR.
C/O BLANKERSHIM
Defendants: MIKE EVANS (DW) - MR. MARLIN SNYDER, BELLINGER, GRANILLO

(b) Name of the court and docket number: UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF CALIFORNIA. 1:08-CV-00428-AWI-GSA (PC) FRESNO
FILED DATE # 3:08-CV-00427-J-AJB

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] STILL PENDING

(d) Issues raised:
CRUEL AND UNUSUAL PUNISHMENT, CONSPIRACY WITH CORRUPTION TO CAUSE DEATH BY FINISHING A JOB DONE WITH PHARMACEUTICALS

(e) Approximate date case was filed: 3/6/08
(f) Approximate date of disposition: STILL PENDING

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.] ? ☒Yes ☒No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. SAME THING IS ALWAYS DONE CDC ALWAYS COVERS IT UP BY LYING.

§ 1983 SD Form
(Rev. 5/98)

6

::ODMA\PCDOCS\WORDPERFECT\22834\1

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief: OF $350.00 FILING FEE!

1. An injunction preventing defendant(s): Mike Evans (DW)
   T. Rhodes
   V. Powers
   Mr. Rose
   Mr. Partida
   Mr. K. Sampson
   Mr. M. Carrasco
2. Damages in the sum of $ 268.60    Mr. Louey
3. Punitive damages in the sum of $ 0    Mr. Pool
   Mr. Eiler
4. Other: Physical damage    C/O. Staff 2nd Watch
   Mental damage    Mr. Snyder
   Mr. Pierce
   Mr. Robinson
   Ms. Ryan

F. **Demand for Jury Trial**
   Ms. Stevenson

Plaintiff demands a trial by ☐ Jury ☒ Court. (Choose one.) Dr. Salazar
M.D. Doctor Unknown

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.    OR    ☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

_4\6\08_    _[signature]_
Date    Signature of Plaintiff

§ 1983 SD Form (Rev. 5/98)    7    ::ODMA\PCDOCS\WORDPERFECT\22834\1

MANUEL TAMAYO TORRES JR.
PO BOX 1050
SOLEDAD CA, 93960
V12118

⑤ DEFEDANT, MR. K. SAMPSON. RESIDES IN TEHACHAPI AND IS EMPLOYED AS A COORDINATOR OF APPEALS. THIS DEFEDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICAL CAPACITY. EXPLAIN HOW DEFENDANT WAS ACTING UNDER COLOR OF LAW: FALSIFYING IDENTITY WITH CONSPIRACY DUE TO LAST NAME CORRUPTION OF HATE, ABSTRUCTION OF JUSTICE SAYING I WOULD NEVER CELL WHITE. CRUEL UNUSUAL PUNISHMENT FREEDOM TO ASSOCIATION, FREEDOM OF RELIGION.

⑥ DEFENDANT, MR. M. CARASSCO RESIDES IN TEHACHAPI AND IS EMPLOYED AS A (CDO). THIS DEFENDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICAL CAPACITY. EXPLAIN HOW DEFENDANT WAS ACTING UNDER COLOR OF LAW: FALSIFYING MY IDENTITY WITH CONSPIRACY DUE TO LAST NAME CORRUPTION OF HATE ABSTRUCTION OF JUSTICE SAYING I WOULD NOT CELL WHITE. CRUEL UNUSUAL PUNISHMENT, FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION, COVERING MESS UP FOR C/O AND COUNSELORS.

⑦ DEFENDANT, MR. COUEY RESIDES IN TEHACHAPI AND IS EMPLOYED AS A COUNSELOR. THIS DEFENDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICAL CAPACITY EXPLAIN HOW DEFENDANT WAS ACTING UNDER COLOR OF LAW: CONSPIRACY AND CORRUPTION, FALSIFYING MY RECORD AND C-FILE REFUSING TO PUT ME DOWN AS WHITE.

4/6/08    [signature]

MANUEL TAMAYO TORRES JR
PO BOX 1050
SOLEDAD CA. 93960
V12118

⑤ DEFENDANT, MR. SNYDER RESIDES IN TEHACHAPI CCI AND IS EMPLOYED AS A CORRECTIONAL OFFICER. THIS DEFENDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER THE COLOR OF LAW: INTENTIONAL SELECTION, CONSPIRACY AND CORRUPTION, CRUEL UNUSUAL PUNISHMENT TO HATE. ASSAULT WITH FORCE, ASSAULT WITH FORCE AND GREAT BODILY INJURY.

⑥ DEFENDANT PIERCE RESIDES IN TEHACHAPI AND IS EMPLOYED AS A CORRECTIONAL OFFICER. THIS DEFENDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: CONSPIRACY AND CORRUPTION INTENTIONAL SELECTION ROBBERY - PETY THEFT.

⑦ DEFENDANT MR ROBINSON RESIDES IN TEHACHAPI AND HE IS EMPLOYED AS A R&R CORRECTIONAL OFFICER. THIS DEFENDANT IS SUED IN HIS/HER ☒ INDIVIDUAL ☒ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: CONSPIRACY AND CORRUPTION INTENTIONAL SELECTION ROBBERY - PETY THEFT.

4/6/08    *[signature]*

MANUEL TAMAYO TORRES JR.
PO BOX 690
SOLEDAD, CA, 93960
V12118

DEFENDANT MR. RYAN RESIDE IN IMPERIAL VALLEY C.S.P. AND IS EMPLOYED AS A CORRECTIONAL OFFICER. THE DEFENDANT IS SUED IN HIS/HER ☐ INDIVIDUAL ☒ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: CORRUPTION AND CONSPIRACY, THEFT, PETY THEFT, ROBBERY. $99.00

DEFENDANT MR. STEVENSON RESIDES IN IMPERIAL VALLEY C.S.P. AND IS EMPLOYED AS A CORRECTIONAL OFFICER. THE DEFENDANT IS SUED IN HIS/HER ☐ INDIVIDUAL ☒ OFFICIAL CAPACITY. EXPLAIN HOW THIS DEFENDANT WAS ACTING UNDER COLOR OF LAW: CORRUPTION AND CONSPIRACY, THEFT, PETY THEFT, ROBBERY. $99.00

4/6/08   [signature]

Defendant **SGT. POOL** (name) resides in **TEHACHAPI CCI** (County of residence), and is employed as a **CORRECTIONAL SGT.** (defendant's position/title (if any)). This defendant is sued in his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **CONSPIRACY AND CORRUPTION, ORERING CRUEL UNUSUAL PUNISHMENT DUE TO HATE OF ME HAVING HAWAIIAN BLOOD IN ME, FREEDOM OF ASSOCIATION, FREEDOM OF RELIGION. ONE OF WHO ORDER MY ASSAULT AND TORTURE. INTENTIONAL SELECTION.**

Defendant **SGT. FILER** (name) resides in **TEHACHAPI CCI** (County of residence), and is employed as a **CORRECTIONAL SGT.** (defendant's position/title (if any)). This defendant is sued in his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **CONSPIRACY AND CORRUPTION, CRUEL UNUSUAL PUNISHMENT AND TORTURE, ONE OF WHO ORDERED AND TOOK PART IN MY ASSAULT DUE TO ME BEING HAWAIIAN PAY BACK! FOR THEM! INTENTIONAL SELECTION.**

Defendant **UNKNOWN 2ND WATCH** (name) resides in **TEHACHAPI CCI** (County of residence), and is employed as a **CORRECTIONAL OFFICER'S** (defendant's position/title (if any)). This defendant is sued in his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **CONSPIRACY AND CORRUPTION TO MY ASSAULT AND TORTURE. CRUEL UNUSUAL PUNISHMENT. INTENTIONAL SELECTION.**

Defendant **M. CARRASCO** (name) resides in **TEHACHAPI CCI** (County of residence), and is employed as a **CHIEF D. OFFICER** (defendant's position/title (if any)). This defendant is sued in his/her [X] individual [X] official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **CONSPIRACY AND CORRUPTION TO CRUEL UNUSUAL PUNISHMENT. ABSTRUCTION OF JUSTICE COVER FOR C/O'S THAT ASSAULTED ME. DUE TO HATE INTENTIONAL SELECTION.**

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: CRUEL PUNISHMENT, FREEDOM TO RELIGION, FREEDOM TO ASSOCIATION (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 1.]

C/O STAFF 2ND WATCH 3/23/07 CAME TO MY ROOM WITH SGT. EILER AND SGT. POOL IN CHARGE SUITED UP WITH GEAR. I WAS ASLEEP, AFTER I CUFFEDED UP I WENT TO THE FLOOR. THE C/O STAFF CUFFED ME BY THE ANKLES CALLING ME A MOTHER F. WORD, PULLED ME OUT BY THE HAIR DRAGED ME OUT TO THE HALLWAY. ALL STAFF ASSAULTED ME CLOSED FIST TO THE SIDE OF THE EYES. MY SHIRT WAS LIFTED OVER MY HEAD, SLAMMED TO THE WALL PULLED AND LIFTED. CURSED AT THE HOLE TIME, THE SHACKLES WHEIR PULLED DOWN SLOWLY WHILE LIFTED OVER AND OVER, THIS WENT ON FOR OVER FIVE MINUTES ONE RELATIVE HEARD THE HOLE THING WHILE THEIR, THE SCREAMS! C/O'S STOPPED TOOK ME TO A CAGE SGT. EILER MADE A THREAT QUOTE HE WAS GOING TO TELL EVERYONE THAT I MADE A THREAT AGAINST HIS LIFE. 30 AND 60 DAYS BEFORE THIS 2 INCIDENTS HAPPENED IN HAWAII, JANUARY AND FEBRUARY 2007. SGT. POOL MADE MANY COMMENTS ASKING IF I WAS HAWAIIAN.

SAME DAY 3/23/07, I WAS ASSAULTED AGAIN COMING BACK FROM THE SHOWER. C/O SNYDER STRUCK ME TO THE BACK OF THE NECK, MY SPINALCORD, I ALMOST FELL I WAS CUFFED. (CDU) M. CARRASCO COVERED MY 602 APPEALS SAYING IT NEVER HAPPENED. I WAS PARALYZED 6 DAYS.

ON 4/9/07 C/O PIERCE AND ANOTHER CAME IN MY CELL AND TOOK MY PROPERTY TOOTHPASTE $2.15

11/07, MY THERMAL TOP WAS TAKEN $7.50 OR SO. C/O MR. ROBINSON IS IN CHARGE OF R&R, WHEN I TRANSFERED MY SHOES WHITE NIKES WHEIR MISSING $60.00 AND MY PACKAGE WORTH $99.00 WAS MISSING FOR JANUARY-MARCH OF 2007.

§ 1983 SD Form
(Rev. 5/98)

3

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **DR. SALAZAR** (name) resides in **COALINGA** (County of residence),
and is employed as a **M.D. DOCTOR** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **INTENTIONAL SELECTION DUE TO COLOR AND RACE, CONSPIRACY AND CORRUPTION, CRUEL AND UNUSUAL PUNISHMENT WITH PHARMACEUTICALS, PREMEDITATED ATTEMPTED MANSLAUGHTER, ASSAULT, ASSAULT WITH FORCE WITH GREAT BODILY INJURY ALL WITH "GRISIOFULVIN" 500 MGS, 4TH AMMENDMENT RIGHT VIOLATED. MEDICAL CARE TERRORIST ATTACK**

Defendant **UNKNOWN** (name) resides in **TEHACHAPI** (County of residence),
and is employed as a **PSYCHIATRIC MEDICAL DOCTOR M.D. P.H.D** (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **INTENTIONAL SELECTION DUE TO COLOR AND RACE CONSPIRACY AND CORRUPTION, CRUEL AND UNUSUAL PUNISHMENT WITH PHARMACEUTICALS, ~~PREMEDITATED ATTEMPTED~~ "BUSPIRONE" ASSAULT, ASSAULT WITH FORCE WITH GREAT BODILY INJURY, CORRUPTION OF MEDICAL CARE 4TH AMMENDMENT RIGHT VIOLATED, TERRORIST ATTACK**

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence),
and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated: CRUEL AND UNUSUAL PUNISHMENT RIGHT TO MEDICAL SERVICE. (E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, <i>by name</i>, did to violate the right alleged in Count 1.]

ON THE MONTH OF JULY OF 2004 DR SALAZAR TO BLOOD TO RUN A TEST ON LIVER BEING NORMAL AT 41% PERCENT DR SALAZAR STARTED ME ON GRISIO FULVIN 500 MGS FOR FUNGUAL DISORDERS DR SALAZAR KEEP TAKING BLOOD AS I TOOK THE PILL A LOT OF BLOOD. MY THIRD TIME IN DR SALAZAR HAD TIERS IN HER EYES BUT SHE KEEP ON GIVING ME THE PILLS. SHE KNEW SHE WAS BREAKING THE LAW MEDICAL MAL-PRACTICE THIS IS NO MISTAKE I WAS A LABRATORY EXPERIMENT. I WANT ALL MY BLOOD COLLECTED FROM CDC, WHAT ARE THEY USING IT FOR? MY TEMPRAL ARTERY TO THE BRAIN DIDN'T BURST BUT IT COULD OF. THE PAIN I WENT THROUGH TOOK ME TO THE GROUND, THE DISCHARGE OF ALL THE BLOOD, MY NOISE WAS TEARING APART FOR MONTHS. THE PROBLEMS STARTED AFTER A SMALL PERIOD OF TIME, IT PUT ME IN A STATE OF SHOCK AND STILL AM. MY BODY PARTS HAVE BEEN TAKEN OVER BY THIS PILL MY NERVES ARE ALL OUT, I WENT TRIPLE CMS DUE TO THIS. MY TOE NAILS ARE UGLIER I GREW HOLES IN MY FINGER NAILS THE GRISIO FULVIN 500 MGS IS EATING ME ALIVE IMAGINE THE HOLES THIS PILL IS PUTTING IN MY BRAIN, MY TALKING PERFORMANCE IS TERRIBLE I CAN'T TACK EVERYTHING IS INFFECTED FROM MY HEART TO THE LUNGS MY KIDNEYS 75,000 MGS GAVE ME A SICK LIVER IT WENT UP BY 1 PERCENT TO 42% PERCENT ITS HARD FOR ME TO WRITE I HAVE NO MEDICAL SERVICE THEY COVER SAYING I GOT CHOLESTROL I DON'T, ALL DOCTORS ARE ORIENTAL I NEED SURGERY I ALSO NEED REMOVAL OF MY NAILS. PLEASANT VALLEY STATE PRISON. THIS IS TORTURE AT TIME MY FEVER GOES UP DUE TO ALL THE PAIN, I'M BEING CONSTRUCTED ON I CAN'T EAT MUCH I WAS FORCED BY THE PAIN TO BE ESCORTED TO MEDICAL ON A WHEELCHAIR. I GOT NO SERVICE, IT DOES TAKE THE PAIN OFF MY BACK PAIN EVERYWHERE THEY WANTED MY TO HAVE A HEART ATTACK ARITHMA. I HAVE HEART ATTACKS ALL DAY.

TORRES
V12118
PO BOX 1050
SOLEDAD CA 93960
4-6-08

of Corruption and Conspiracy.
Habeas Corpus Petition ①
Psychiatric Mal-Practice

Once again I introduce myself Manuel Tamayo Torres Jr. CDC# V12118, with the note of my uncle Clo Wayne Holman Correctional officer. When I was a boy a long time ago uncle Wayne Holman and wife written speaks for me if something ever happened to me here in prison I'm sure one took me out to the convention centers to look at yachts. He wanted one that is Clo Wayne Holman but what kind of money what it take to buy one I tell you 1.5 million dollars. That's a lot of money you'd have to work lots of years with sacrifice, all these years went by and no yacht. What better opportunity now I'm in prison CDC works together there ain't nothing like insurance money and what better way than pharmaceutical toxication to the blood, liver, brain killing a person slowly from the inside waiting for enternal bleeding the suffocation of a corpse.

In July of 2004 I filled out a doctor slip asking for Medical treatment for a fungual disorder I have on the toenails. I was called in for a look just a fast peak by Dr. Salazar which then scheduled me for blood work. One cylinder two the most is necessary for work my liver was completely healthy ranked at 41 percent. Dr. Salazar perscribed me Grisofulvin 500 mgs. I started immediately perscribed for six refills my third time around Dr. Salazar had tiers in her eyes she knew she was breaking the law. I didn't know it yet but she was giving me the wrong pill a heart pill something only for woman, she called me back in for more blood 4 times more. I complied thinking my toenail disorder was going to go away so I was happy in a way I was fixing a problem I had. Dr. Salazar keep on giving me this grisofulvin without any problem no one person reported this not on nurse nor the person making the medica

On the yard at Pleasant Valley State Prison Coalinga Ca. 93210, I was treated 4 or 5 months before I left the yard for battery on another prisoner. I caught hepatitis-c from this battery I was tested 30 days later I was positive, I still continued grisofulvin 500 mgs for the six months, in January of 2005 I was done taking the pill. Now while I was transferred to via Centinela state prison I had no problems till December 2005, the next year of 2006 I tested again for hepatitis-c and it wasn't their anymore but all these problems started my nose tore from the inside started bleeding. I was getting very anxious with the problems grisofulvin now started to work away at my body showing me the power of the pill. Respatonal starting with problems closing away, rejecting my air flow making me colorless blue, pained. Before this I was having temporal problems excrusiating pain my arteries would dialate not letting my blood flow to the brain causing air bubbles the pain dropped me off my feet to the floor. So much blood not circulating will cause discharge, so I suffered loss of blood many times with the excrusiating pain, I was waiting the burst of my bubble enternal bleeding I had the flash of my life the only thing I could think of is being pulled out of my cell in my own blood. This went on for months the uncontrolable anxiety caused me to go triple CMS. The pain I felt, I was started on a psych medication that I stopped taking it wasn't working form

The last incident I had was over at Landcaster state prison that excrusiating pain and lost of air I asked for help CDC staff left me on the floor without concern. I still can't control the anxiety to this day, I can't talk right I got criture notes in my fingernails. All medical Coordinator of appeals wanted to cover this up all staff no help. At this time I'm having very serious discharge personal problems my pants are always wet. This pill effects pregnancy and birth control.

My liver was effected by the grisofulvin scarred, the pill never worked my nails got worst my liver was effected by 1 percent bringing it to 42 percent. The normal is 41 percent, my liver was at 41 percent full I took grisofulvin now its infected by 1 percent and is at 42 percent and will stay there. After we tested my liver for hepatitis-c after a fight I had I tested positive I was at over 100 percent they still continued the pill without concern. I cured myself getting my liver back from the hepatitis-c, called the (TORRES CURE) allowing me to bring my liver back down to 42 percent. If any living cell of a body was to come in contact with hepatitis your blood would stream 100 to 100 points. This remaining 1 percent is and was done by grisofulvin 500 mgs, and will remain their. Buspirone was also given.

MANUEL TAMAYO
TORRES JR # V12118

```
STATE OF CALIFORNIA              DEPARTMENT OF CORRECTIONS
INMATE PASS                      CDC 129 (7/88)
                                 HOUSING #:
RM: A4-102U        V-12118       PASS FROM:
TORRES, MANUEL

PASS TO:
    BUSPIRONE 15MG TAB    60    V-12118
    TAKE 1 TAB TWICE A DAY
REASON:  ***DOT***
    RX: 851637- @ 11/28/07  12/28/07

ARRIVAL TIME:            RECORDED BY:

DEPART TO:    TIME:      RECORDED BY:
```

Psychology Mal-practice

Example = GLN 500 mgs / 15mg BUSPIRONE

The cause of the Grisiofulvin 500mgs caused survivor excruciating pain and still is causing worse pain to my stomach, I can't eat healthy my stomach pulls with throbbing contractions. I know Ms. Salazar knew the pain I was going to have, but yet how did the laboratory deliver a pharmaceutical made for woman. Everyone knew the pill would cause serious pain. I've had serious hormonal problems, discharges. I've got a serious venereal disorder because of Grisiofulvin, would I be able to produce healthy children, do I have a healthy count. I have discharge walking the grounds I have to starve myself to keep my stomach law of gravity and air. And yet the doctor may, I add the very same ethnicity of doctor gives me, prescribes to me another pill another pharmaceutical called Buspirone 15mgs, but the pharmaceutical is made for woman having pregnancy problems. It's made for woman on the urge of abortion wanting to lose a baby due to problems buspirone controls and eliminates pregnancies and worms. Yet I continue with stomach cramps. I think I know what a woman feels like when experiencing a period but mine never stops. Grisiofulvin and this paternity pill Buspirone our causing much trouble to my internal organs, Grisiofulvin dissingestates into my arteries going to the blood of my veins. Grisiofulvin travels through and functions going to my heart which has my cardio muscle and my lungs with my blood functions by pulse a cardio pulse. The buspirone helps and controls my breathing pumping blood to my lungs, liver, kidney, and brain. My blood cells our now taken over by Grisiofulvin causing nerve damage and my larynx which is what controls the muscles of the nerves is what takes messages directly from the brain blocks all signals off. Could you even imagine the punishment my bodies taking this pill is putting holes in my body, my brain, the liver the could very clearly see the holes in my hard shell fingernails imagine the softer parts of the body my blood touches. I've been refused all medical services from Vacaville to Lancaster Los Angeles county Jail any where down to California Correctional Institution. Since the end of 2007, I've been losing weight the lost is unbelievable I've lost 20 pounds in 1 month time, I put all the food in my stomach every morning but it's only to have something to throw up. I can't keep food nor liquid in, I'm being associated with pharmaceuticals at times I feel like my ribs our being broken in half. When I hurt, I can taste my blood the pain is truly excruciating to the standpoint and the billing is enormous. When I get out of prison how will I function at a work place and people I need medical care hospital services need to be sure of any what ever doctors need to do this. This is not something I could pull together I've looked it over believe me. I also request that my pencils be removed surgical removal is the only option I've got. I'm not taking anymore pharmaceuticals I've whipped my nails off so many times now they look worse. I don't eat cholesterol but yet the nurse staff want to blame my problems on cholesterol and refuse me service, so what is this a promise that I'll never see a lawsuit or may I say the money of a lawsuit. I wish

MANUEL TAMAYO TORRES JR
PO BOX 1050
SOLEDAD CA, 93960
V12118

Count 2: The following civil right has been violated: *Cruel and Unusual Punishment Right to Medical Service.*
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

SEPTEMBER OF 2007 I WENT TO TALK TO THE DOCTOR PERSCRIBING PSYCHOLOGY PILLS. IT WAS A ORIENTAL LADY SHE INSISTED THAT I TAKE "BUSPIRONE" I SEE WHY DOCTORS TRIED IT ONCE, IT WASN'T FILED TO THE COURT FOR SUIT BUT I DID FILE 602 FORMS THEY COVERED IT OVER AND OVER AND LIED MORE TO COVER MORE LIES. THIS MD DOCTOR OF TEHACHAPI STARTED SCRATCHING HERSELF WENT SHE WENT DOWN TO WRITE BUSPIRONE. SHE WAS USING ME ONCE AGAIN AS A LAB EXPERIMENT PSYCHOLOGY MAL PRACTICE THIS PILL IS CAUSING MUCH PAIN "BIRTH CONTROL" THAT WHAT BUSPIRONE I'S FOR GIRLS. I CAN'T EAT, IT MADE MY HEALTH ISSUES IMPOSSIBLE THE PAIN MY KIDNEYS TEAR APART MY STOMACK INFLAITS IF I EAT, IT IS BY FAR THE WORST TORTUREOUS PAIN I'VE EVER FELT. THE PAIN CAUSES FEVER, IF I EAT I NEED SURGERY THEIRS NO OTHER WAY. I GET NO SERVICE THEIR ALL TOGETHER.

Count 3: The following civil right has been violated:
(E.g., right to medical care, access to courts,

§ 1983 SD Form (Rev. 5/98)

4

::ODMA\PCDOCS\WORDPERFECT\22834\1

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Manuel Tamayo Torres Jr.

**DEFENDANTS**

Mike Evans, et al

FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2254   1983
FILING FEE PAID
Yes ___ No ___
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court _____

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Monterey
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Manuel Tamayo Torres Jr.
PO Box 1050
Soledad, CA 93960
V-12118

ATTORNEYS (IF KNOWN)

'08 CV 0807 BTM POR

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding   ☐ 2 Removal from State Court   ☐ 3 Remanded from Appelate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions):   JUDGE _____   Docket Number _____

DATE  5/1/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Mull[signature]