# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Manuel Tamayo Torres, Jr.

　　　　　　　　V.　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

Mike Evans, Warden, et al.

　　　　　　　　　　　　　　　　CASE NUMBER:　　08-CV-0807-BTM (POR)

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** to litigation in Civil Case No. 08-CV-0761-BEN (NLS). Plaintiff's Motion to Proceed IFP is **DENIED** as moot.

| June 2, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk
ENTERED ON June 2, 2008

08-CV-0807-BTM (POR)